Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: Number: 520-560-0927
Email: fernandog8899@gmail.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FERNANDO GASTELUM, | Case No.: 3:25-cv-00153-JLS-JLB |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| MACY'S INC. | |
| Defendant. | |

PLEASE TAKE NOTIEC that Plaintiff dismisses the above cause with prejudice.

RESPECTFULLY SUBMITTED this 22ND day of March, 2025

Fernando Gastelum
Pro Se